DOUGLAS W. COLT (State Bar No. 210915)
dcolt@coltwallerstein.com
THOMAS E. WALLERSTEIN (State Bar No. 232086)
twallerstein@coltwallerstein.com
COLT WALLERSTEIN LLP
255 Shoreline Drive, Suite 540
Redwood Shores, CA 94065
Telephone:   (650) 453-1980

MATTHEW G. MCANDREWS (*pro hac vice*)
mcandrews@nshn.com
NIRO, HALLER & NIRO
181 West Madison Street, Suite 4600
Chicago, IL 60602
Telpehone:   (312) 236-0733

*Attorneys for Plaintiff*
PAYMENTONE CORPORATION

MICHAEL J. BETTINGER (State Bar No. 122196)
mike.bettinger@klgates.com
D. SHANE BRUN (State Bar No. 179079)
shane.brun@klgates.com
IRENE YANG (State Bar No. 245464)
irene.yang@klgates.com
K&L GATES
Four Embarcadero Center, Suite 1200
San Francisco, California  94111
Telephone:   (415) 882-8200

*Attorneys for Defendant*
HOME DEPOT U.S.A., INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYMENTONE CORPORATION, a Delaware Corporation,<br><br>                               Plaintiff,<br><br>     v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation,<br><br>                               Defendant. | Case No. 3:13-cv-00993 YGR<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO DISMISS WITHOUT PREJUDICE** |

Pursuant to the Court's November 4, 2013 Order in related Case No. 4:11-cv-1186-YGR (N.D. Cal.) ("PayPal Action") Regarding Claim Construction and Final Judgment as to Plaintiff PaymentOne Corporation's Claims of Infringement (PayPal Action, Dkt. No. 142) Plaintiff PaymentOne Corporation ("PaymentOne") and Defendant Home Depot USA, Inc. ("Home Depot"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITHOUT PREJUDICE.  The parties further stipulate that each party is to bear its own costs, expenses, and attorneys' fees.

PaymentOne hereby agrees not to file a civil action against Home Depot asserting infringement of the '500, '504, or '815 patents based upon Home Depot's use of PayPal's In-Store Checkout during any appeal in the PayPal Action pursuant to the stipulation in the PayPal Action at Docket Nos. 140 and 142.

Dated:  November 14, 2013                                          NIRO, HALLER & NIRO

_/s/ Matthew G. McAndrews_
Matthew G. McAndrews

Attorneys for Plaintiff
PAYMENTONE CORPORATION

Dated:  November 14, 2013                                          K&L GATES LLP

_/s/ Michael J. Bettinger_
Michael J. Bettinger

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

**CERTIFICATION PURSUANT TO GENERAL ORDER 45**

Pursuant to General Order 45X.B, I, Michael J. Bettinger, attest that the above signatories have concurred and consented to the filing of this document.

Dated: November 14, 2013     /s/ Michael J. Bettinger
                              Michael J. Bettinger

## [PROPOSED] ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITHOUT PREJUDICE

The Stipulated Motion for Dismissal without Prejudice of all claims and counterclaims asserted between PaymentOne Corporation and Home Depot U.S.A., Inc. is GRANTED.

Pursuant to stipulation of the parties, it is hereby ORDERED that the above-entitled action is DISMISSED WITHOUT PREJUDICE pending the final disposition of all claims in the related case entitled *PaymentOne Corporation v. PayPal, Inc.,* Case No. 4:11-cv-02186 YGR (N.D. Cal).
This Order terminates Dkt. No. 34.

Dated: November 18, 2013

Honorable Yvonne Gonzalez Rogers
United States District Court Judge

STIPULATION AND ORDER TO DISMISS           -4-           PRINTED ON RECYCLED PAPER
Case No. 3:13-cv-00993 YGR